**Electronically Filed
Supreme Court
SCWC-11-0000031
15-MAR-2013
01:26 PM**

SCWC-11-0000031

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

FRANCIS K. KEKONA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000031; CR. NO. 06-1-0224)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on

February 1, 2013 by Petitioner/Defendant-Appellant Francis K.

Kekona is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 15, 2013.

Richard S. Kawana,
for petitioner

Sonja P. McCullen,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

